Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000869
23-DEC-2014
08:15 AM

NO. CAAP-14-0000869

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOSEPH ALBERT SPIELMAN and ELLEN ROSE SPIELMAN,
Plaintiffs-Appellants,
v.
WELLS FARGO BANK, N.A., as Trustee
for the Carrington Mortgage Loan Trust, Series 2006-FRE2
Asset-Backed Pass-Through Certificates; and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., Defendants-Appellees,
and
JOHN DOES 1-50; and JANE DOES 1-50

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2913-11)

ORDER APPROVING THE DECEMBER 10, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of

Appeal" (**Stipulation**), filed by Plaintiffs-Appellants Joseph

Albert Spielman and Ellen Rose Spielman (**Appellants**), on

December 10, 2014, and the record, it appears that (1) Appellants

and Defendants-Appellees Wells Fargo Bank, N.A., as Trustee for

the Carrington Mortgage Loan Trust, Series 2006 FRE2 Asset-Backed

Pass-Through Certificates; Mortgage Electronic Registration

Systems, Inc. stipulate to dismiss Appeal No. CAAP-14-0000869;

(2) the attorneys for the parties have signed the Stipulation; (3) the Stipulation provides that "[e]ach party is responsible for its own fees and costs"; (4) no payment for court filing fees is due; and (5) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal . . . sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and that Appeal No. CAAP-14-0000869 is dismissed. Each party shall bear its own fees and costs.

DATED: Honolulu, Hawai'i, December 23, 2014.

Chief Judge

Associate Judge

Associate Judge

-2-